G. GORDON RIGNEL, Respondent, *v.* ARTHUR V. SIMPSON et al., Appellants, et al., Defendants.

Submitted April 14, 1947; decided April 17, 1947.

*Valentine E. O'Grady* for motion.
No one opposed.

Motion to dismiss appeal granted and appeal dismissed, with costs and $10 costs of motion, unless within ten days after service of a copy of this order with notice of entry thereof the defendants serve and file an undertaking and pay $10 costs, in which event the motion is denied.